■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR E. JOHNSON, SR., Appellant. [706 NYS2d 660] —Judgment unanimously affirmed (*see, People v Hidalgo*, 91 NY2d 733). (Appeal from Judgment of Niagara County Court, Hannigan, J.—Attempted Illegal Possession Vehicle Identification Number.) Present—Green, J. P., Pine, Hayes and Kehoe, JJ.